AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

HAROLD TOLLIVER, an individual;
JAMES MCCRINK, an individual;
MATT CLARK, an individual;
LARRY KOLKO, an individual;
RAMONA ROBERSON, an individual;
JANICE FAYHEE, an individual;
JACQUELINE BEIRNES, an individual;

    Plaintiff,

V.

CHRISTINA SCHOOL DISTRICT,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-796

TO: Christina School District
  600 North Lombard Street
  Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia Smink Rogowski, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____     12-28-06
CLERK                 DATE

_[signature]_
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE 1/3/07 |
| NAME OF SERVER (PPJNT) BARRY EVELAND || TITLE SPECIAL PROCESS SERVER |
| *Check one box below to indicate appropriate method of service* |||
| ☐ | Served personally upon the defendant. Place where served: _____ ||
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. ||
| | Name of person with whom the summons and complaint were left: _____ ||
| ☐ | Returned unexecuted: _____ ||
| ☒ | Other (specify):  SERVED: CHRISTIANA SCHOOL DISTRICT AT 600 N. LOMBARD ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY NANCY HALL ||

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/3/06
             Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.