IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLIVER, an individual; JAMES MCCRINK, an individual; MATT CLARK, an individual; LARRY KOLKO, an individual; RAMONA ROBERSON, an individual; JANICE FAYHEE, an individual; and JACQUELINE BEIRNES, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHRISTINA SCHOOL DISTRICT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-796<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME**

WHEREAS, the Plaintiffs in this matter filed a Complaint on December 29, 2006;

WHEREAS, the Defendant's Answer to the Complaint is due within 20 days after service of the Summons; and

WHEREAS, the Plaintiffs intend to file an Amended Complaint so as to correct certain non-substantive items in the Complaint;

IT IS HEREBY AGREED, that the Defendant's obligation to respond to the Complaint is waived in lieu of the anticipated Amended Complaint.

IT IS HEREBY FURTHER AGREED that the Defendant shall respond to the Amended Complaint within 20 days after the Amended Complaint is served upon Defendants' counsel.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS JAMES LLP |
| /s/ Patricia Smink Rogowski | /s/ James H. McMackin |
| Patricia Smink Rogowski (#2632) | David H. Williams (#616) |
| progowski@cblh.com | dwilliams@morrisjames.com |
| Paul E. Crawford (#493) | James H. McMackin, III (#4284) |
| pcrawford@cblh.com | jmcmakin@morrisjames.com |
| 1007 N. Orange Street | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 2207 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9141 | (302) 888-6900/5849 |
| Attorneys for Plaintiffs | Attorneys for Defendant |

Dated: January 11, 2007

    IT IS SO ORDERED this _____ day of _____, 2007.

_____
Judge