IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLLIVER, an individual;<br>JAMES MCCRINK, an individual;<br>MATT CLARK, an individual;<br>LARRY KOLKO, an individual;<br>RAMONA ROBERSON, an individual;<br>JANICE FAYHEE, an individual; and<br>JACQUELINE BEIRNES, an individual,<br><br>          Plaintiffs,<br><br>          v.<br><br>CHRISTINA SCHOOL DISTRICT,<br><br>          Defendant. | Civil Action No. 06-796-*** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. L. R. 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Steven D. Bell, Esq. and Scott P. Sinor, Esq., of the law firm of Dorsey & Whitney LLP, Republic Plaza Building, Suite 4700, 370 17th Street, Denver, CO 80202-5647, to represent plaintiffs in this action.

Respectfully submitted,

Dated: April 4, 2007

Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
Attorneys for Plaintiff

SO ORDERED this _____ day of _____, 2007.

_____
U.S. District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Colorado and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: April 2, 2007

Stephen D. Bell
DORSEY & WHITNEY LLP
Republic Plaza Building, Suite 4700
370 17th Street
Denver, CO 80202-5647
Telephone: (303) 629-3400

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Colorado and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: April 2, 2007

Scott P. Sinor
DORSEY & WHITNEY LLP
Republic Plaza Building, Suite 4700
370 17th Street
Denver, CO 80202-5647
Telephone: (303) 629-3400

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2007, I electronically filed **Motion and Order for Admission Pro Hac Vice of Stephen D. Bell, Esq. and Scott P. Sinor, Esq.** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to David H. Williams.

I hereby further certify that on April 4, 2007, I have also served the document(s) on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
David H. Williams
James H. McMackin, III
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306


By: /s/ Patricia Smink Rogowski
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141
progowski@cblh.com

523734v2(CB)