IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLIVER, an individual; JAMES MCCRINK, an individual; MATT CLARK, an individual; LARRY KOLKO, an individual; RAMONA ROBERSON, an individual; JANICE FAYHEE, an individual; and JACQUELINE BEIRNES, an individual, <br><br>        Plaintiffs,<br><br>    v.<br><br>CHRISTINA SCHOOL DISTRICT,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 06-796-*** |

## NOTICE OF SERVICE

I hereby certify that on the 20th day of April, 2007, two (2) copies of **DEFENDANT'S INITIAL DISCLOSURES** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

    Patricia Smink Rogowski, Esquire
    Connolly Bove Lodge & Hutz LLP
    1007 N. Orange Street
    P.O. Box 2207
    Wilmington, DE 19899

                /s/ James H. McMackin
                David H. Williams (#616)
                dwilliams@morrisjames.com
                James H. McMackin, III (#4284)
                jmcmackin@morrisjames.com
                MORRIS JAMES LLP
                500 Delaware Avenue, Suite 1500
                P.O. Box 2306
                Wilmington, DE 19899
Dated: April 20, 2007        (302) 888-6900/5849

1559346/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLIVER, an individual; JAMES MCCRINK, an individual; MATT CLARK, an individual; LARRY KOLKO, an individual; RAMONA ROBERSON, an individual; JANICE FAYHEE, an individual; and JACQUELINE BEIRNES, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINA SCHOOL DISTRICT, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-796-*** ) ) ) ) ) |

**CERTIFICATE OF ELECTRONIC FILING**

I, James H. McMackin, III, hereby certify that on April 20, 2007, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Patricia Smink Rogowski, Esquire
> Connolly Bove Lodge & Hutz LLP
> 1007 N. Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

> _____
> David H. Williams (#616)
> dwilliams@morrisjames.com
> James H. McMackin, III (#4284)
> jmcmackin@morrisjames.com
> MORRIS JAMES LLP
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900/5849

Dated: April 20, 2007

JYM/000907-1258/1541110/1