IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HAROLD TOLLIVER, an individual;
JAMES MCCRINK, an individual;
FEDERATED BANK, an Illinois bank;
LARRY KOLKO, an individual;
RAMONA ROBERSON, an individual;
JANICE FAYHEE, an individual; and
JACQUELINE BEIRNES, an individual;

Civil Action No. 06-796-***

Plaintiffs,

v.

CHRISTINA SCHOOL DISTRICT,

Defendant.

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 20, 2007, true and correct copies of **PLAINTIFFS' RULE 26 INITIAL DISCLOSURES** were served on the following attorneys of record by placing same in the United States Mail, postage prepaid:

>David H. Williams
>James H. McMackin, III
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>P.O. Box 2306
>Wilmington, DE  19899-2306

April 20, 2007

*Patricia A. Rogowski*
Patricia Smink Rogowski (No. 2632)
Paul E. Crawford (No. 493)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
Telephone:  (302) 658-9141

Attorneys for Plaintiffs

DORSEY & WHITNEY LLP
Stephen D. Bell
Scott P. Sinor
Republic Plaza Building, Suite 4700
370 17th Street
Denver, CO 80202-5647
Telephone: (303) 629-3400

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2007, I electronically filed **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to David H. Williams and James H. McMackin, III.

I hereby further certify that on April 20, 2007, I have also served the document(s) on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
David H. Williams
James H. McMackin, III
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306


By: /s/ Patricia Smink Rogowski
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141
progowski@cblh.com

523734v3(CB)