# Morris James LLP

James H. McMackin, III
302.888.5849
jmcmackin@morrisjames.com

September 11, 2007

**VIA E-FILING**

The Honorable Mary Pat Thynge
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

       RE:   *Harold Toliver, et al. v. Christina School District*
                *Civil Action No. 06-796*

Dear Judge Thynge:

       On June 29, 2007, on behalf of the District, we filed a motion to add a third-party defendant. The motion may or may not have made its way to your office. While we assume Your Honor took over this case after Judge Jordan's elevation to the Third Circuit, nothing in the docket reflects this assumption. Therefore, it is possible this case remains unassigned. I respectfully request that Your Honor let me know if this case is unassigned, or if Your Honor has assumed responsibility for it.

                                      Respectfully submitted,

                                      James H. McMackin, III
                                      Bar I.D. #4284

JHM/jam
cc:   Patricia Smink Rogowski, Esquire – via e-filing
        Clerk of the Court – via e-filing

1609137/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494    T 302.888.6800    F 302.571.1750
Mailing Address    P.O. Box 2306 | Wilmington, DE 19899-2306    www.morrisjames.com