IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HAROLD TOLIVER, an individual; <br> JAMES MCCRINK, an individual; <br> FEDERATED BANK, an Illinois bank, <br> LARRY KOLKO, an individual; <br> RAMONA ROBERSON, an individual; <br> JANICE FAYHEE, an individual; <br> and JACQUELINE BEIRNES, <br> an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINA SCHOOL DISTRICT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 06-796 *** |

## STIPULATION TO EXTEND DEADLINES

WHEREAS, Plaintiffs have filed, and pending before the Court is, a Motion to Amend the Complaint ("Motion to Amend")(D.I. 18); and

WHEREAS, Defendant has filed, and pending before the Court is, a Motion to Add Third Party Defendants ("Motion to Add" (D.I. 17) and collectively with the Motion to Amend, the "Motions").

Subject to the Court's approval, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. The existing deadlines are stayed in light of the pending Motions.

2. Assuming the Motion to Amend is granted, the Plaintiffs shall have 30 days to serve their Amended Complaint.

3. Assuming the Motion to Add is granted, Defendant shall have 30 days to serve third party complaints.

4. All other deadlines are to be revisited after the Court's consideration of the Motions.

| | |
|---|---|
| /s/ Patricia Smink Rogowski | [signature] |
| Patricia Smink Rogowski (#2632) | David H. Williams (#616) |
| progowski@cblh.com | dwilliams@morrisjames.com |
| Connolly Bove Lodge & Hutz LLP | James H. McMackin, III (#4284) |
| 1007 N. Orange Street | jmcmackin@morrisjames.com |
| P.O. Box 2207 | MORRIS JAMES LLP |
| Wilmington, DE 19899 | 500 Delaware Avenue, Suite 1500 |
| (302) 658-9141 | P.O. Box 2306 |
| Attorneys for Plaintiffs | Wilmington, DE 19899 |
| | (302) 888-6900/5849 |
| | Attorneys for Defendant |

Dated: October 16, 2007

IT IS SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Mary Pat Thynge