IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLIVER, an individual; JAMES MCCRINK, an individual; MATT CLARK, an individual; LARRY KOLKO, an individual; RAMONA ROBERSON, an individual; JANICE FAYHEE, an individual; and JACQUELINE BEIRNES, an individual,<br><br>        Plaintiffs,<br><br>        v.<br><br>CHRISTINA SCHOOL DISTRICT,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-796-\*\*\*<br>)<br>)<br>)<br>)<br>) |

## ORDER TO ADD THIRD-PARTY DEFENDANT

The Motion of Christina School District (the "District") for leave to Scientific Learning Corporation (the "Third-Party Defendant") as a third-party defendant in this action in accordance with the proposed Third-Party Complaint attached to the Motion was submitted by the District on June 29, 2007. The Motion is unopposed.

THEREFORE, IT IS HEREBY ORDERED that the Motion is granted. Leave is given to the District to add the Third-Party Defendant as a party to this action as a third-party defendant in accordance with the Third-Party Complaint.

The Clerk of the Court will issue a summons and deliver it to the District for service on the Third-Party Defendant along with a copy of the Third-Party Complaint.

The District must serve or cause to be served the summons and Third-Party Complaint on the Third-Party Defendant in the matter specified in the Civil Rules.

Dated: 10/17/07

_____
United States ~~District~~ Court Judge

1583425/1