**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HAROLD TOLIVER, an individual; JAMES McCRINK, an individual; MATT CLARK, an individual; LARRY KOLKO, an individual; RAMONA ROBERSON, an individual; JANICE FAYHEE, an individual; and JACQUELINE BEIRNES, an individual, | : : : : : : : : |
| Plaintiffs, | : : |
| v. | : C. A. No. 06-796-*** |
| | : |
| CHRISTINA SCHOOL DISTRICT, | : |
| | : |
| Defendant. | : |

**ORDER**

At Wilmington this **17th** day of **October, 2007**,

WHEREAS, plaintiffs filed a motion to amend the complaint (D.I. 18) on September 10, 2007;

WHEREAS, there has been no response to the motion; therefore,

IT IS ORDERED that the motion is GRANTED.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE