## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLIVER, an individual; JAMES McCRINK, an individual; MATT CLARK, an individual; LARRY KOLKO, an individual; RAMONA ROBERSON, an individual; JANICE FAYHEE, an individual; and JACQUELINE BEIRNES, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CHRISTINA SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C. A. No. 06-796-***<br>:<br>:<br>:<br>: |

### ORDER

At Wilmington this **22nd** day of **October, 2007**,

IT IS ORDERED that the teleconference scheduled for Tuesday, October 30, 2007 at 5:30 p.m. shall take place at **4:00 p.m. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

　　　　　　　　　　　　　　　　　　　　/s/ Mary Pat Thynge
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE