AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

HAROLD TOLIVER, et al., Plaintiffs,
v.
CHRISTINA SCHOOL DISTRICT, Defendant.

**SUMMONS IN A CIVIL CASE**

V.

CHRISTINA SCHOOL DISTRICT, Third-Party Plaintiff,
v.
SCIENTIFIC LEARNING CORPORATION, Third-Party Defendant.

CASE NUMBER: 06-796-***

TO: (Name and address of Defendant)

Scientific Learning Corporation
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Williams, Esquire (#616)
dwilliams@morrisjames.com
James H. McMackin, III, Esquire (#4284)
jmcmackin@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                               10/19/07

CLERK                                             DATE

_(signature)_

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me | DATE October 22, 2007 |
| NAME OF SERVER (PRINT) Greg Traunfelter | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where  Secretary of State, 401 Federal Street, Dover DE 19901. Service Accepted by Karen Charbonneau @ 2:15 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-22-07
            Date

Signature of Server: [signature]

Address of Server: 15 East Ninth Street Dover DE 19901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.