## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HAROLD TOLIVER, an individual;<br>JAMES MCCRINK, an individual;<br>FEDERATED BANK, an Illinois bank,<br>LARRY KOLKO,an individual;<br>RAMONA ROBERSON,an individual;<br>JANICE FAYHEE, an individual; and<br>JACQUELINE BEIRNES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINA SCHOOL DISTRICT;<br>THRESA GILES, an individual;<br>DAVID SUNSTROM, an individual; and<br>JOSEPH WISE, an individual;<br><br>Defendants, and<br><br>SCIENTIFIC LEARNING CORP.,<br><br>Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-796 *** |

### INTERIM STATUS REPORT

Counsel for the parties are scheduled to participate in a telephone Status Conference with the Court on Tuesday, October 30, 2007 at 4:00 p.m.

On October 17, 2007, the Court granted plaintiffs' Motion to Amend the Complaint and defendant Christina School District's Motion to Add Third Party Defendants (See D.I. Nos. 20, 21, and 23). The parties now have thirty (30) days from the Court's order in which to serve the Second Amended Complaint on Thresa Giles, David Sunstrom, Joseph Wise and Scientific Learning Corporation.

The parties have no other matters to raise with the Court at this time and request the Court to remove the October 30, 2007 telephone Status Conference from the calendar. The parties respectfully request the Court to re-schedule the telephone Status Conference to a later date after service has been completed on the new defendants and third-party defendant. At the rescheduled Status Conference, dates for a new Scheduling Order would be proposed with input from all parties, including those parties to be being added pursuant to the recently-ordered motions.

_____
Patricia Smink Rogowski (#2632)
progowski@cblh.com
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 658-9141
Attorneys for Plaintiffs

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendant

571709v1