IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLIVER, an individual; JAMES McCRINK, an individual; MATT CLARK, an individual; LARRY KOLKO, an individual; RAMONA ROBERSON, an individual; JANICE FAYHEE, an individual; and JACQUELINE BEIRNES, an individual, | : : : : : : : : |
| Plaintiffs, | : : |
| v. | :  C. A. No. 06-796-*** |
| CHRISTINA SCHOOL DISTRICT; THRESA GILES, an individual; DAVID SUNSTROM, an individual; and JOSEPH WISE, an individual | : : : : : |
| Defendants, and | : : |
| v. | : : |
| SCIENTIFIC LEARNING CORP. | : : |
| Third-Party Defendant | : |

## ORDER

At Wilmington this **23rd** day of **October, 2007**,

IT IS ORDERED that in light of the interim status report filed by the parties, the status teleconference scheduled for Tuesday, October 30, 2007 is cancelled. Counsel are to advise when service has been complete to reschedule the status teleconference. Since new parties will be added to this matter, a new scheduling order will be discussed during the rescheduled status conference.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE