IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLIVER, an individual;<br>JAMES MCCRINK, an individual;<br>FEDERATED BANK, an Illinois bank,<br>LARRY KOLKO, an individual;<br>RAMONA ROBERSON, an individual;<br>JANICE FAYHEE, an individual; and<br>JACQUELINE BEIRNES, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CHRISTINA SCHOOL DISTRICT;<br>THRESA GILES, an individual;<br>DAVID SUNSTROM, an individual; and<br>JOSEPH WISE, an individual;<br><br>　　　　　Defendants, and<br><br>SCIENTIFIC LEARNING CORP.,<br><br>　　　　　Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-796 ***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE**

TO:　Dr. Peter T. Dalleo
　　　Clerk of the Court
　　　U.S. District Court, District of Delaware
　　　844 N. King Street
　　　Lock Box 18
　　　Wilmington, DE 19801

　　　It is respectfully requested that three Alias Summons in a Civil Action to Joseph J. Wise, Thresa C. Giles and David M. Sundstrom, be issued in the above case.

　　　　　　　　　　　　　　　　　　　　*/s/ Patricia A. Rogowski*
　　　　　　　　　　　　　　　　　　　　Patricia Smink Rogowski (#2632)
　　　　　　　　　　　　　　　　　　　　progowski@cblh.com
　　　　　　　　　　　　　　　　　　　　Connolly Bove Lodge & Hutz LLP
　　　　　　　　　　　　　　　　　　　　1007 N. Orange Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 2207
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　(302) 658-9141
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

571709v1