AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

| | |
|---|---|
| HAROLD TOLLIVER, an individual;<br>JAMES MCCRINK, an individual;<br>FEDERATED BANK, an Illinois bank;<br>LARRY KOLKO, an individual;<br>RAMONA ROBERSON, an individual;<br>JANICE FAYHEE, an individual; and<br>JACQUELINE BEIRNES, an individual; | **ALIAS SUMMONS IN A CIVIL CASE**<br><br><br><br>CASE NUMBER: 06-769-*** |

                        Plaintiffs,

    **V.**

CHRISTINA SCHOOL DISTRICT;
THRESA GILES, an individual;
DAVID SUNDSTROM, an individual; and
JOSEPH WISE, an individual,

                     Defendants.

SCIENTIFIC LEARNING CORPORATION,

                  Third-Party Defendant.

     **TO:**  (Name and address of defendant)

              Joseph J. Wise
              1652 Belmonte Avenue
              Jacksonville, FL 32207-3159

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

              Patricia Smink Rogowski
              CONNOLLY BOVE LODGE & HUTZ LLP
              1007 N. Orange Street
              P.O. Box 2207
              Wilmington, DE 19899-2207

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____         10/24/07
CLERK                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10 24-07 | |
| NAME OF SERVER (PRINT)  Edward Jones | TITLE  Process Server | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served Secretary of State 401 Federal Street Dover DE 19901. Service Accepted by Debbie Croom @ 4:31 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10 24-07___
  Date

_Edward Jones_
Signature of Server

15 East North Street Dover DE 19901
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.