IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLIVER, an individual; JAMES MCCRINK; an individual; MATT CLARK; an individual; LARRY KOLKO, an individual; RAMONA ROBERSON, an individual; JANICE FAYHEE, an individual; and JACQUELINE BEIRNES, an individual,<br><br>      Plaintiffs,<br><br>v.<br><br>CHRISTINA SCHOOL DISTRICT,<br><br>      Defendant.<br><br>CHRISTINA SCHOOL DISTRICT,<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>SCIENTIFIC LEARNING CORPORATION<br><br>      Third-Party Defendant. | C.A. No. 06-796-*** |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the undersigned parties, subject to the approval of the Court, that Third-Party Defendant Scientific Learning Corporation's time to answer, move or otherwise respond to the Third-Party Complaint in this action is extended to December 13, 2007.

2

| MORRIS JAMES LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ David H. Williams<br>David H. Williams (#616)<br>James H. McMackin, III (#4284)<br>500 Delaware Ave, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>Tel: (302) 888-6900/5849<br>dwilliams@morrisjames.com<br>jmcmackin@morrisjames.com | By: /s/ David E. Moore<br>Jennifer Gimler Brady (#2874)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>jbrady@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Third-Party Plaintiff*<br>*Christina School District* | *Attorneys for Third-Party Defendant*<br>*Scientific Learning Corporation* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

831275/32439

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 12, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 12, 2007, I have Electronically Mailed the documents to the following person(s):

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
progowski@cblh.com

By: */s/ David E. Moore*
    Jennifer Gimler Brady
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    Tel: (302) 984-6000
    jbrady@potteranderson.com
    dmoore@potteranderson.com

831353 / 32439