## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HAROLD TOLIVER, an individual; JAMES MCCRINK; an individual; MATT CLARK; an individual; LARRY KOLKO, an individual; RAMONA ROBERSON, an individual; JANICE FAYHEE, an individual; and JACQUELINE BEIRNES, an individual, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 06-796-*** |
| CHRISTINA SCHOOL DISTRICT, | ) ) | |
| Defendant. | ) ) | |
| CHRISTINA SCHOOL DISTRICT, | ) ) | |
| Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SCIENTIFIC LEARNING CORPORATION | ) ) ) ) | |
| Third-Party Defendant. | ) | |

### ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Jennifer Gimler Brady of the

law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th

Floor, Wilmington, DE 19899, to be notified as Delaware counsel on behalf of Third-

Party Defendant in connection with the captioned matter.

POTTER ANDERSON & CORROON LLP

By:
     Jennifer Gimler Brady (Del. 2874)
     David E. Moore (Del. 3983)
     Hercules Plaza, Sixth Floor
     1313 North Market Street
     P.O. Box 951
     Wilmington, DE  19899
     (302) 984-6000 – Telephone
     jbrady@potteranderson.com – Email
     dmoore@potteranderson.com – Email

*Attorneys for Third Party Defendant*
*Scientific Learning Corporation*

Dated:  November 12, 2007
831377v1 / 32439

2

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 12th day of November 2007,

that the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk

of the Court using CM/ECF which will send notification of such filing to the following

counsel of record that the document is available for viewing and downloading from

CM/ECF:

> **Patricia Smink Rogowski**
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> Email: progowski@cblh.com
>
> **David H. Williams**
> **James H. McMackin, III**
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899-2306
> Email: dwilliams@morrisjames.com
> Email: JMcMackin@MorrisJames.com

> Jennifer Gimler Brady (#2874)
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, Sixth Floor
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE  19899
> (302) 984-6000 - Telephone
> (302) 658-1192 - Facsimile
> jbrady@potteranderson.com
>
> *Attorneys for Third-Party Defendant*
> *Scientific Learning Corporation*

3