## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| HAROLD TOLIVER, an individual; | ) | |
| JAMES MCCRINK, an individual; | ) | |
| FEDERATED BANK, an Illinois bank, | ) | |
| LARRY KOLKO, an individual; | ) | |
| RAMONA ROBERSON, an individual; | ) | |
| JANICE FAYHEE, an individual; and | ) | |
| JACQUELINE BEIRNES, an individual, | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 06-796 *** |
|  | ) | |
| CHRISTINA SCHOOL DISTRICT; | ) | |
| THRESA GILES, an individual; | ) | |
| DAVID SUNSTROM, an individual; and | ) | |
| JOSEPH WISE, an individual; | ) | |
|  | ) | |
| Defendants, and | ) | |
|  | ) | |
| SCIENTIFIC LEARNING CORP., | ) | |
|  | ) | |
| Third-Party Defendant. | ) | |

### PROOF OF SERVICE OF COMPLAINT UPON DEFENDANT
### THRESA C. GILES, PURSUANT TO 10 *DEL.C.* § 3104

Plaintiffs hereby provide proof of service of the process and complaint upon Defendant

Thresa C. Giles, pursuant to 10 *Del.C.* § 3104 by filing the receipt for registered mail and return

receipt. Attached as Exhibit A is the Affidavit of Patricia S. Rogowski, Esq., regarding Defendant's

non-residence and the sending of the process and complaint with the notice required by 10 *Del.C.* §

3104. The receipt for registered mail and return receipt is attached to the Rogowski Affidavit.

Date: November 14, 2007

Patricia Smink Rogowski (#2662)
progowski@cblh.com
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Attorneys for Plaintiffs

575887_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007, I electronically filed **Proof of Service of Complaint Upon Defendant Thresa C. Giles, Pursuant to 10 Del. C. § 3104** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to David H. Williams and James H. McMackin, III.

I hereby further certify that on November 14, 2007, I have also served the document(s) on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
David H. Williams
James H. McMackin, III
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306

By: _Patricia S Rogowski_
　　Patricia Smink Rogowski (DE Bar #2632)
　　Connolly Bove Lodge & Hutz LLP
　　P.O. Box 2207
　　1007 N. Orange Street
　　Wilmington, DE  19899
　　(302) 658-9141
　　progowski@cblh.com

523734v4(CB)

# Exhibit A

## AFFIDAVIT OF PATRICIA S. ROGOWSKI

I, PATRICIA S. ROGOWSKI, under the penalties of perjury, deposes and states as follows:

1.    I am a partner at Connolly Bove Lodge & Hutz LLP and counsel to Plaintiffs in this action.

2.    Defendant Thresa Giles is not a resident of the state of Delaware. A copy of the summons and Complaint were served upon her by registered mail under the Delaware long arm service procedure. Attached as an Exhibit hereto is a copy of the return receipt showing that the registered mail was delivered November 3, 2007.

I declare under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Date:  November 14, 2007

Patricia Smink Rogowski (#2632)
progowski@cblh.com
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 658-9141
Attorneys for Plaintiffs

County of New Castle        :
                            :        SS
State of Delaware           :

SWORN AND SUBSCRIBED
Before me this _14th_ day of November, 2007.

NOTARY PUBLIC

Valerie J. Murphy
Notary Public
State of Delaware
My commission expires May 12, 2008

575421v1



UNITED STATES POSTAL SERVICE
JACKSONVILLE FL 322

03 NOV 2007 PM 4 T

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Patricia Rogowski
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

PSR - 5833-3

+1239

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Thresa Giles**
**11685 Blackstone River Drive**
**Jacksonville, FL  32256-2920**

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Mark Giles*            ☐ Agent
                          ☐ Address

B. Received by ( Printed Name)   C. Date of Delive
*Mark Giles*                     11/3/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☒ Registered         ☒ Return Receipt for Merchandis
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   *(Transfer from service label)*     RB 972 232 661 US

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1

---

**Registered No.**         **Date Stamp**

RB 972 232 661 US

| Reg. Fee $ 9.50 | Special $ Delivery |
| Handling $ Charge | Return $ 2.15 Receipt |
| Postage $ 1.05 | Restricted $ Delivery |
| Received by 5 | |

Customer Must Declare   ☐ With Postal Insurance
Full Value $            ☐ Without Postal Insurance

Domestic Insurance
is Limited To
$25,000. International
Indemnity Is Limited
(See Reverse)

FROM
**Patricia S. Rogowski, Esquire**
**1007 N. Orange St., PO Box 2207**
**Wilmington, DE  19899-2207**

TO
**Thresa Giles**
**11685 Blackstone River Drive**
**Jacksonville, FL  32256-2920**

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form **3806,**   **Receipt for Registered Mail**   *(Customer Copy)*
February 1995                                          *(See Information on Reverse)*

PSR -5833-3