# Thresa Giles

## 11685 Blackstone River Drive
## Jacksonville, FL 32256

November 17, 2007

Clerk of the Court
Civil Division
U.S.District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

2007 NOV 21   PM 3:40

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Case Number 06-796***: TOLLIVER v. CHRISTINA SCHOOL DISTRICT, et al.,

Dear Sir/Madam:

Enclosed please find an original and one copy of Defendant Thresa Giles':
- Motion To Dismiss Under Fed. R. Civ. P. 12(b)(2), 12(b)(6) and 9(b); alternative Motion For Summary Judgment under Fed. R. Civ. P. 56, and Motion For Sanctions Under Fed. R. Civ. P. 11.
- Brief in Support of Motion
- Certificate of Service

It is my understanding that the Court will ultimately provide the parties with notice of a hearing date and time on this Motion if oral arguments are to be scheduled.

Your attention to this matter is sincerely appreciated. In the event you should have any questions or concerns, please do not hesitate to contact me. I can be reached at (904) 651-6494.

Sincerely,

Thresa Giles

cc:   Plaintiffs Counsel:                  Christina School District Counsel:
      Patricia Smink Rogowski             David Williams
      The Nemours Building                Morris, James
      1007 North Orange Street            803 N. Broom Street
      P.O. Box 2207                       P.O.Box 2328
      Wilmington, DE 19899                Wilmington, DE 19899-2328

P. THRESA GILES
11685 BLACKSTONE RIVER DR.
JACKSONVILLE, FL 32256



U.S. POSTAGE
PAID
ST AUGUSTINE, FL
32080
NOV 07
$2.50
AMOUNT

UNITED STATES
POSTAL SERVICE

U.S.M.S.
X-RAY

CLERK OF THE COURT
(CIVIL DIVISION)
U.S. DISTRICT COURT
J. CALEB BOGGS FEDERAL BLDG.
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DE. 19801