IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HAROLD TOLIVER, an individual;<br>JAMES MCCRINK, an individual;<br>FEDERATED BANK, an Illinois bank,<br>LARRY KOLKO, an individual;<br>RAMONA ROBERSON, an individual;<br>JANICE FAYHEE, an individual; and<br>JACQUELINE BEIRNES, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTINA SCHOOL DISTRICT;<br>THRESA GILES, an individual;<br>DAVID SUNSTROM, an individual; and<br>JOSEPH WISE, an individual;<br><br>    Defendants, and<br><br>SCIENTIFIC LEARNING CORP.,<br><br>    Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-796 *** |

## AFFIDAVIT OF PATRICIA S. ROGOWSKI

I, PATRICIA S. ROGOWSKI, under the penalties of perjury, deposes and states as follows:

1.  I am a partner at Connolly Bove Lodge & Hutz LLP and counsel to Plaintiffs in this action.

2.  Defendant David M. Sundstrom is not a resident of the state of Delaware. A copy of the summons and Second Amended Complaint were served upon him by registered mail under the Delaware long arm service procedure. Attached as an Exhibit hereto is a copy of the registered mail envelope showing that our registered mail service copies were not claimed by Mr. Sundstrom. The envelope was returned to Connolly Bove Lodge & Hutz LLP on November 30, 2007.

I declare under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Date: December 3, 2007

*Patricia S Rogowski*
Patricia Smink Rogowski (#2632)
progowski@cblh.com
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Attorneys for Plaintiffs

County of New Castle    :
                        :    SS
State of Delaware       :

SWORN AND SUBSCRIBED
Before me this 3 day of December, 2007.

*Barbara J. Miller*
NOTARY PUBLIC

Barbara J. Miller
Notary Public
State of Delaware
My Commission Expires March 9, 2011

578728_1.DOC

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, I electronically filed **Affidavit of Patricia S. Rogowski** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to David H. Williams and James H. McMackin, III.

I hereby further certify that on December 3, 2007, I have also served the document(s) on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
David H. Williams
James H. McMackin, III
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

**Via U.S. First Class Mail**
Thresa Giles
11685 Blackstone River Drive
Jacksonville, FL 32256-2920

By: /Patricia S. Rogowski/
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com

523734_5.DOC





**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David M. Sundstrom
12029 Cranefoot Drive
Jacksonville, FL 32223-4808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    RB 972 232 675 US

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035