IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLIVER, an individual;<br>JAMES MCCRINK, an individual;<br>FEDERATED BANK, an Illinois bank,<br>LARRY KOLKO, an individual;<br>RAMONA ROBERSON, an individual;<br>JANICE FAYHEE, an individual; and<br>JACQUELINE BEIRNES, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CHRISTINA SCHOOL DISTRICT;<br>THRESA GILES, an individual;<br>DAVID SUNSTROM, an individual; and<br>JOSEPH WISE, an individual;<br><br>　　　　　　　　Defendants, and<br><br>SCIENTIFIC LEARNING CORP.,<br><br>　　　　　　　　Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-796 ***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

TO:　Dr. Peter T. Dalleo
　　　Clerk of the Court
　　　U.S. District Court, District of Delaware
　　　844 N. King Street
　　　Lock Box 18
　　　Wilmington, DE 19801

　　It is respectfully requested that the following documents be served upon David M. Sundstrom:

　　　　　　　Second Amended Complaint and Summons.

Service shall be under the Delaware Long Arm statute, 10 Del. Code §3114 by registered mail to:

　　　　　　　David M. Sundstrom
　　　　　　　12029 Cranefoot Drive
　　　　　　　Jacksonville, FL  32223-4808

Date: December 3, 2007

*Patricia S. Rogowski*
Patricia Smink Rogowski (#2632)
progowski@cblh.com
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Attorneys for Plaintiffs

Enclosure
    $18.00 check
    Service envelope
    Summons and Second Amended Complaint
    Registered mail return receipt card