IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HAROLD TOLIVER, an individual; )
JAMES MCCRINK, an individual; )
FEDERATED BANK, an Illinois bank, )
LARRY KOLKO, an individual; )
RAMONA ROBERSON, an individual; )
JANICE FAYHEE, an individual; and )
JACQUELINE BEIRNES, an individual, )
)
        Plaintiffs, )
)
v. ) Civil Action No. 06-796 ***
)
CHRISTINA SCHOOL DISTRICT; )
THRESA GILES, an individual; )
DAVID SUNSTROM, an individual; and )
JOSEPH WISE, an individual; )
)
        Defendants, and )
)
SCIENTIFIC LEARNING CORP., )
)
        Third-Party Defendant. )

**PRAECIPE**

TO:    Dr. Peter T. Dalleo
        Clerk of the Court
        U.S. District Court, District of Delaware
        844 N. King Street
        Lock Box 18
        Wilmington, DE 19801

It is respectfully requested that the following documents be served upon Joseph J. Wise:

Second Amended Complaint and Summons.

Service shall be under the Delaware Long Arm statute, 10 Del. Code §3114 by registered mail to:

        Joseph J. Wise
        1652 Belmonte Avenue
        Jacksonville, FL 32207-3159

[RECEIVED DEC - 4 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

Date: December 3, 2007

*/s/ Patricia Smink Rogowski*
Patricia Smink Rogowski (#2632)
progowski@cblh.com
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Attorneys for Plaintiffs

Enclosure
 $18.00 check
 Service envelope
 Summons and Second Amended Complaint
 Registered mail return receipt card

575502v1                    2



| Registered No. RB 972 232 701 US | | Date Stamp |
|---|---|---|
| **To Be Completed By Post Office** | Reg. Fee $ | Special Delivery $ |
| | Handling Charge $ | Return Receipt $ |
| | Postage $ | Restricted Delivery $ |
| | Received by | |
| | Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

| FROM | U.S. District Court, Dist. of DE |
| | 844 N. King Street, Lock Box 18 |
| | Wilmington, DE 19801 |
| TO | Joseph J. Wise |
| | 1652 Belmonte Avenue |
| | Jacksonville, FL 32207-3159 |

PS Form **3806**, February 1995    **Receipt for Registered Mail**    *(Customer Copy)* *(See Information on Reverse)*
CA NO. 06-796-***



RB 972 232 701 US

Joseph J. Wise
1652 Belmonte Avenue
Jacksonville, FL  32207-3159

U.S. District Court, District of Delaware
844 N. King Street
Lock Box 18
Wilmington, DE 19801

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Joseph J. Wise<br>1652 Belmonte Avenue<br>Jacksonville, FL  32207-3159 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | RB 972 232 701 US |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1035 |