OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 4, 2007

TO: David M. Sundstrom
12029 Cranefoot Drive
Jacksonville, FL 32223-4808

RE: CA 06-796-***-MPT, Harold Toliver, et.al v. Christina School District, et.al.

Dear Mr. Sundstrom:

Enclosed please find certified copies of the Second Amended Complaint and Summons in the above captioned case.

Service is made by registered mail pursuant to Delaware Long Arm statue 10 Del. Code 3114.

Sincerely,

BY: *[signature]*   PETER T. DALLEO
/rbe                CLERK

Enclosures (as stated)

cc: CA 06-796-***-MPT