IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RE:  Harold Toliver, et.al. v. Christina School District, et.al., CA 06-796-***-MPT

## AFFIDAVIT

I, Ronald B. Eberhard, Deputy Clerk, being first duly sworn, depose and say that pursuant to Title 10, Del. Code Section 3114, I did send on December 4, 2007, certified copies of the Second Amended Complaint, and Summons in the above referenced case, by Registered U.S. Mail, to the following individuals at their respective addresses:

David M. Sundstrom
12029 Cranefoot Drive
Jacksonville, FL 32223-4808

Joseph J. Wise
1652 Belmonte Avenue
Jacksonville, FL 32207-3159

_____
Ronald B. Eberhard
Deputy Clerk

Sworn to and subscribed before me, this 4th day of December, 2007.

_____
Deputy Clerk

cc: CA 06-796-***-MPT

D.I. #_____

# CIVIL ACTION
# NUMBER: 06-796 MPT

U.S. POSTAL SERVICE
Registered MAIL RECEIPT(S)

---

**Registered No.** RB9702327 715 US

| | | |
|---|---|---|
| Reg. Fee $ | $9.50 | Special Delivery $ |
| Handling Charge $ | $0.00 | Return Receipt $2.15 |
| Postage $ | $1.48 | Restricted Delivery $0.00 |

Received by: MSS

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM: U.S. District Court, Dist. of DE
844 N. King Street, Lock Box 18
~~19801~~
Wilmington, DE 19801

TO: David M. Sundstrom
12029 Cranefoot Drive
Jacksonville, FL 32223-4808

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy)
CA NO. 06-796-***   (See Information on Reverse)

Date Stamp: DEC 4 2007 WILMINGTON RODNEY SQ STA DE 19801

---

**Registered No.** RB9702327 701 US

| | | |
|---|---|---|
| Reg. Fee $ | $9.50 | Special Delivery $ |
| Handling Charge $ | $0.00 | Return Receipt $2.15 |
| Postage $ | $1.48 | Restricted Delivery $0.00 |

Received by: MSS

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM: U.S. District Court, Dist. of DE
844 N. King Street, Lock Box 18
~~19801~~
Wilmington, DE 19801

TO: Joseph J. Wise
1652 Belmonte Avenue
Jacksonville, FL 32207-3159

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy)
CA NO. 06-796-***   (See Information on Reverse)

Date Stamp: DEC 4 2007 WILMINGTON RODNEY SQ STA DE 19801