IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLLIVER, an individual; JAMES MCCRINK; an individual; MATT CLARK; an individual; LARRY KOLKO, an individual; RAMONA ROBERSON, an individual; JANICE FAYHEE, an individual; and JACQUELINE BEIRNES, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTINA SCHOOL DISTRICT,<br><br>    Defendant.<br><br>CHRISTINA SCHOOL DISTRICT,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>SCIENTIFIC LEARNING CORPORATION<br><br>    Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>C.A. No. 06-796-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIRD-PARTY DEFENDANT SCIENTIFIC LEARNING CORPORATION'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
<u>UPON WHICH RELIEF CAN BE GRANTED</u>**

Pursuant to Fed. R. Civ. P. 12(b)(6), Third-Party Defendant Scientific Learning Corporation ("SLC") respectfully moves this Court to dismiss Third-Party Plaintiff Christina School District's Third-Party Complaint in the above-captioned action for failure to state a claim upon which relief can be granted.

The grounds for this Motion are set forth in SLC's Opening Brief in Support, filed contemporaneously herewith. A proposed Order is attached to this Motion for the Court's convenience.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
 Jennifer Gimler Brady (#2874)
 David E. Moore (#3983)
 Hercules Plaza, 6th Floor
 1313 N. Market Street
 Wilmington, DE 19801
 Tel: (302) 984-6000
 jbrady@potteranderson.com
 dmoore@potteranderson.com

Dated: December 13, 2007
837331 /32439

*Attorneys for Third-Party Defendant*
*Scientific Learning Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 13, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 13, 2007, I have Electronically Mailed the documents to the following person(s):

| | |
|---|---|
| David H. Williams<br>James H. McMackin, III<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>dwilliams@morrisjames.com<br>jmcmackin@morrisjames.com | Patricia Smink Rogowski<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>progowski@cblh.com |

I further certify that on December 13, 2007, I have Mailed, via U.S. First Class Mail, the documents to the following person(s):

Thresa Giles
11685 Blackstone River Drive
Jacksonville, FL 32256
904-651-6494
PRO SE

                                              By:  */s/ David E. Moore*
                                                       Jennifer Gimler Brady
                                                       David E. Moore
                                                       Hercules Plaza, 6th Floor
                                                       1313 N. Market Street
                                                       Wilmington, Delaware 19899-0951
                                                       Tel:  (302) 984-6000
                                                       jbrady@potteranderson.com
                                                       dmoore@potteranderson.com

831353 / 32439

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLLIVER, an individual; JAMES MCCRINK; an individual; MATT CLARK; an individual; LARRY KOLKO, an individual; RAMONA ROBERSON, an individual; JANICE FAYHEE, an individual; and JACQUELINE BEIRNES, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CHRISTINA SCHOOL DISTRICT,<br><br>　　　　　　Defendant.<br>_____<br>CHRISTINA SCHOOL DISTRICT,<br><br>　　　　　　Third-Party Plaintiff,<br><br>　v.<br><br>SCIENTIFIC LEARNING CORPORATION<br><br>　　　　　　Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-796-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Having considered Third-Party Defendant Scientific Learning Corporation's Motion to Dismiss, IT IS HEREBY ORDERED, this _____ day of _____, 200___, that the Motion is GRANTED.

_____
　　　　　　　　Judge

837331 / 32439