## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HAROLD TOLIVER, an individual;       )
JAMES MCCRINK, an individual;        )
FEDERATED BANK, an Illinois bank,    )
MATT CLARK, an individual;           )
LARRY KOLKO, an individual;          )
RAMONA ROBERSON, an individual;      )
JANICE FAYHEE, an individual; and    )
JACQUELINE BEIRNES, an individual,   )
                                     )
            Plaintiffs,              )
                                     )
    v.                               )        Civil Action No. 06-796-***
                                     )
CHRISTINA SCHOOL DISTRICT,           )
THRESA GILES, DAVID SUNDSTROM,       )
and JOSEPH WISE,                     )
                                     )
            Defendants.              )
_____)
                                     )
CHRISTINA SCHOOL DISTRICT,           )
                                     )
            Third-Party Plaintiff,   )
                                     )
    v.                               )
                                     )
SCIENTIFIC LEARNING                  )
CORPORATION,                         )
                                     )
            Third-Party Defendant.   )

### STIPULATED BRIEF SCHEDULE

Subject to the approval of the Court, counsel for Defendant and Third-Party Plaintiff Christina School District and counsel for Third-Party Defendant Scientific Learning Corporation agree to the following brief schedule in connection with Third-Party Defendant Scientific Learning Corporation's filing of a Motion to Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted:

Third-Party Defendant Scientific Learning
   Corporation's Opening Brief Due:            Filed

Defendant and Third-Party Plaintiff
   Christina School District's Answering Brief Due:    January 11, 2008

Third-Party Defendant Scientific Learning
   Corporation's Reply Brief Due:            January 25, 2008


POTTER ANDERSON & CORROON LLP      MORRIS JAMES LLP


___/s/ David E. Moore___

Jennifer Gimler Brady (#2874)
jbrady@potteranderson.com
David E. Moore (#3983)
dmoore@potteranderson.com
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
Attorneys for Third-Party Defendant
  Scientific Learning Corporation

David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmakin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899
(302) 888-6900/5849
Attorneys for Defendant and Third-Party
  Plaintiff Christina School District

Dated:  December *18*, 2007


IT IS SO ORDERED this _____ day of_____, 2007.


_____
Judge

1640423/1