



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 4, 2007

**TO:** Joseph J. Wise
1652 Belmonte Avenue
Jacksonville, FL 32207-3159

**RE:** CA 06-796-***-MPT, Harold Toliver, et.al. v. Christina School District, et.al.

Dear Mr. Wise

Enclosed please find certified copies of the Second Amended Complaint and Summons in the above captioned case.

Service is made by registered mail pursuant to Delaware long Arm statue 10 Del. Code 3114.

Sincerely,

_[signature]_

/rpe

BY: PETER T. DALLEO
CLERK

Enclosures (as stated)

cc: CA 06-796-***-MPT

[Stamp: FILED CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE 2008 JAN -8 PM 1:37]

[Handwritten: RETURNED NOT DELIVERED USPS]

# UNITED STATES DISTRICT COURT

District of __Delaware__

HAROLD TOLLIVER, an individual;
JAMES MCCRINK, an individual;
FEDERATED BANK, an Illinois bank;
LARRY KOLKO, an individual;
RAMONA ROBERSON, an individual;
JANICE FAYHEE, an individual; and
JACQUELINE BEIRNES, an individual;

Plaintiffs,

v.

CHRISTINA SCHOOL DISTRICT;
THRESA GILES, an individual;
DAVID SUNDSTROM, an individual; and
JOSEPH WISE, an individual,

Defendants.

SCIENTIFIC LEARNING CORPORATION,

Third-Party Defendant.

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-769-***

TO: (Name and address of defendant)

Joseph J. Wise
1652 Belmonte Avenue
Jacksonville, FL 32207-3159

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

Patricia Smink Rogowski
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    CLERK

_signature_

(By) DEPUTY CLERK

DATE 10/24/07

CERTIFIED: 12/4/07
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _signature_
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

HAROLD TOLLIVER, an individual;
JAMES MCCRINK, an individual;
FEDERATED BANK, an Illinois bank;
LARRY KOLKO, an individual;
RAMONA ROBERSON, an individual;
JANICE FAYHEE, an individual; and
JACQUELINE BEIRNES, an individual;

Plaintiffs.

v.

CHRISTINA SCHOOL DISTRICT;
THRESA GILES, an individual;
DAVID SUNDSTROM, an individual; and
JOSEPH WISE, an individual,

Defendants.

SCIENTIFIC LEARNING CORPORATION,

Third-Party Defendant.

Civil Action No. 06-796-***

## SECOND AMENDED COMPLAINT

Plaintiff investors, by and through their undersigned attorneys, state their Second Amended Complaint as follows:

## I. INTRODUCTION

Despite having promised to do "all things lawfully within its power to obtain, maintain, and properly request and pursue funds" for the payment of a multi-year educational software lease, Defendant Christina School District elected to breach the agreement by not making the required payment on July 15, 2006. When pressed for the past-due payment, the School District attempted to terminate the agreement in violation of its express provisions. As a result of the