IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLIVER, an individual;<br>JAMES MCCRINK, an individual;<br>FEDERATED BANK, an Illinois bank,<br>MATT CLARK, an individual;<br>LARRY KOLKO, an individual;<br>RAMONA ROBERSON, an individual;<br>JANICE FAYHEE, an individual; and<br>JACQUELINE BEIRNES, an individual,<br><br>           Plaintiffs,<br><br>    v.<br><br>CHRISTINA SCHOOL DISTRICT,<br>THRESA GILES, DAVID SUNDSTROM,<br>and JOSEPH WISE,<br><br>           Defendants.<br><br>CHRISTINA SCHOOL DISTRICT,<br><br>           Third-Party Plaintiff,<br><br>    v.<br><br>SCIENTIFIC LEARNING<br>CORPORATION,<br><br>           Third-Party Defendant. | Civil Action No. 06-796-*** |

**STIPULATED BRIEF SCHEDULE**

Subject to the approval of the Court, counsel for Defendant and Third-Party Plaintiff Christina School District and counsel for Third-Party Defendant Scientific Learning Corporation agree to the following revised briefing schedule in connection with Third-Party Defendant Scientific Learning Corporation's Motion to Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted (D.I. 49):

Defendant and Third-Party Plaintiff
Christina School District's Answering Brief Due:     January 18, 2008

Third-Party Defendant Scientific Learning
Corporation's Reply Brief Due:     February 5, 2008

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES LLP |
|---|---|
| /s/David E. Moore | *[signature]* |
| Jennifer Gimler Brady (#2874) | David H. Williams (#616) |
| jbrady@potteranderson.com | dwilliams@morrisjames.com |
| David E. Moore (#3983) | James H. McMackin, III (#4284) |
| dmoore@potteranderson.com | jmcmakin@morrisjames.com |
| Hercules Plaza, 6th Floor | 500 Delaware Avenue, Suite 1500 |
| 1313 N. Market Street | P.O. Box 2306 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 984-6000 | (302) 888-6900/5849 |
| Attorneys for Third-Party Defendant Scientific Learning Corporation | Attorneys for Defendant and Third-Party Plaintiff Christina School District |

Dated: January 9, 2008

IT IS SO ORDERED this _____ day of _____, 2008.

_____
Judge

1649109/1