

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 4, 2007

TO: David M. Sundstrom
    12029 Cranefoot Drive
    Jacksonville, FL 32223-4808

RE: CA 06-796-***-MPT, Harold Toliver, et.al v. Christina School District, et.al.

Dear Mr. Sundstrom:

Enclosed please find certified copies of the Second Amended Complaint and Summons in the above captioned case.

Service is made by registered mail pursuant to Delaware Long Arm statue 10 Del. Code 3114.

Sincerely,

BY: /s/ Ronald B. Earhard    PETER T. DALLEO
/rbe                          CLERK

Enclosures (as stated)

cc: CA 06-796-***-MPT

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JAN -9 PM 1:41

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

HAROLD TOLLIVER, an individual;
JAMES MCCRINK, an individual;
FEDERATED BANK, an Illinois bank;
LARRY KOLKO, an individual;
RAMONA ROBERSON, an individual;
JANICE FAYHEE, an individual; and
JACQUELINE BEIRNES, an individual;

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-769-***

              Plaintiffs,

V.

CHRISTINA SCHOOL DISTRICT;
THRESA GILES, an individual;
DAVID SUNDSTROM, an individual; and
JOSEPH WISE, an individual,

              Defendants.

SCIENTIFIC LEARNING CORPORATION,

              Third-Party Defendant.

TO: (Name and address of defendant)

    David M. Sundstrom
    12029 Cranefoot Drive
    Jacksonville, FL 32223-4808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Patricia Smink Rogowski
    CONNOLLY BOVE LODGE & HUTZ LLP
    1007 N. Orange Street
    P.O. Box 2207
    Wilmington, DE 19899-2207

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              10/24/07
CLERK              DATE    CERTIFIED: 12/4/07
                           AS A TRUE COPY:
                           ATTEST:
(By) DEPUTY CLERK           PETER T. DALLEO, CLERK
                           BY
                           Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HAROLD TOLLIVER, an individual;
JAMES MCCRINK, an individual;
FEDERATED BANK, an Illinois bank;
LARRY KOLKO, an individual;
RAMONA ROBERSON, an individual;
JANICE FAYHEE, an individual; and
JACQUELINE BEIRNES, an individual;

   Plaintiffs.

Civil Action No. 06-796-***

v.

CHRISTINA SCHOOL DISTRICT;
THRESA GILES, an individual;
DAVID SUNDSTROM, an individual; and
JOSEPH WISE, an individual,

   Defendants.

SCIENTIFIC LEARNING CORPORATION,

   Third-Party Defendant.

## SECOND AMENDED COMPLAINT

Plaintiff investors, by and through their undersigned attorneys, state their Second Amended Complaint as follows:

### I. INTRODUCTION

Despite having promised to do "all things lawfully within its power to obtain, maintain, and properly request and pursue funds" for the payment of a multi-year educational software lease, Defendant Christina School District elected to breach the agreement by not making the required payment on July 15, 2006. When pressed for the past-due payment, the School District attempted to terminate the agreement in violation of its express provisions. As a result of the