IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD TOLIVER, an individual;<br>JAMES MCCRINK; an individual; MATT<br>CLARK; an individual; LARRY KOLKO,<br>an individual; RAMONA ROBERSON,<br>an individual; JANICE FAYHEE, an<br>individual; and JACQUELINE BEIRNES,<br>an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHRISTINA SCHOOL DISTRICT,<br><br>    Defendant.<br>_____<br>CHRISTINA SCHOOL DISTRICT,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>SCIENTIFIC LEARNING<br>CORPORATION<br><br>    Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-796-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the undersigned parties, subject to the approval of the Court, that Third-Party Defendant Scientific Learning Corporation's time to file its Reply Brief on its Motion to Dismiss shall be extended from February 5, 2008 to February 8, 2008.

The reasons for this extension are the following: (1) counsel for scientific learning requires additional time to consider the arguments and content of Third-Party Plaintiff's Answering Brief and Exhibits and (2) this short extension should not disrupt the schedule in the case or prejudice to the parties in any way.

| | |
|---|---|
| MORRIS JAMES LLP | POTTER ANDERSON & CORROON LLP |
| By: ___[signature]___<br>David H. Williams (#616)<br>James H. McMackin, III (#4284)<br>500 Delaware Ave, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>Tel: (302) 888-6900/5849<br>dwilliams@morrisjames.com<br>jmcmackin@morrisjames.com | By: /s/ David E. Moore<br>Jennifer Gimler Brady (#2874)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>jbrady@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Third-Party Plaintiff*<br>*Christina School District* | *Attorneys for Third-Party Defendant*<br>*Scientific Learning Corporation* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

846463

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 4, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 4, 2008, the attached document was Electronically Mailed to the following person(s):

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
progowski@cblh.com

I further certify that on February 4, 2008, the attached document was Federal Expressed to the following person(s):

Thresa Giles
11685 Blackstone River Drive
Jacksonville, FL 32256
904-651-6494
PRO SE

By: /s/ David E. Moore
Jennifer Gimler Brady
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
jbrady@potteranderson.com
dmoore@potteranderson.com

831353 / 32439