IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HAROLD TOLLIVER, an individual;
JAMES MCCRINK, an individual;
FEDERATED BANK, an Illinois bank;
LARRY KOLKO, an individual;
RAMONA ROBERSON, an individual;
JANICE FAYHEE, an individual; and
JACQUELINE BEIRNES, an individual;

      Civil Action No. 06-796-GMS

   Plaintiffs.

v.

CHRISTINA SCHOOL DISTRICT;
THRESA GILES, an individual;
DAVID SUNDSTROM, an individual; and
JOSEPH WISE, an individual,

   Defendants.

SCIENTIFIC LEARNING CORPORATION,

   Third-Party Defendant.

### NOTICE OF DISMISSAL AS TO GILES, SUNDSTROM AND WISE ONLY

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs hereby dismiss the above action, WITHOUT PREJUDICE, against Defendants Thresa Giles, David Sundstrom and Joseph Wise.

The parties shall bear their own costs and attorneys fees.

591268v1(CB)

Respectfully submitted this 26th day of February, 2008.

_____
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141

DORSEY & WHITNEY LLP
Stephen D. Bell
Scott P. Sinor
Republic Plaza Building, Suite 4700
370 17th Street
Denver, CO 80202-5647
Telephone: (303) 629-3400

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I electronically filed **NOTICE OF DISMISSAL AS TO GILES, SUNDSTROM AND WISE ONLY** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to David H. Williams, James H. McMackin, III, Jennifer Gimler Brady and David E. Moore.

I hereby further certify that on February 26, 2008, I have also served the document(s) on the attorneys of record at the following addresses as indicated:

**Via E-Mail**
David H. Williams
James H. McMackin, III
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306

**Via U.S. First Class Mail**
Thresa Giles
11685 Blackstone River Drive
Jacksonville, FL 32256-2920

**Via E-Mail**
Jennifer Gimler Brady
David E. Moore
Potter Anderson & Cooroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951

By: /s/ Patricia Smink Rogowski
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141
progowski@cblh.com

523734_7